

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17-CR-2155-BTM |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER GRANTING MOTION AND DISMISSING INFORMATION** |
| ADRIAN MENDOZA-ALCANTAR, | |
| Defendant. | [Dkt. No. __] |

Upon motion of the parties, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Information [Dkt. No. 11] without prejudice.

**IT IS SO ORDERED.**

DATED: 11/27/17

HONORABLE BARRY TED MOSKOWITZ
United States District Judge